DISCIPLINARY COUNSEL *v*. JANCURA.

[Cite as *Disciplinary Counsel v. Jancura*, ___ Ohio St.3d ___, 2023-Ohio-3618.]

(No. 2022-0367—October 3, 2023—Decided October 5, 2023.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Diana Delmar Jancura, Attorney Registration No. 0069490, last known business address in Sheffield Lake, Ohio.

{¶ 2} The court coming now to consider its order of September 14, 2022, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years, with the second year stayed on conditions, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Jancura*, 170 Ohio St.3d 89, 2022-Ohio-3189, 209 N.E.3d 605.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

———————————